IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

NOV - 6 2019

Margaret Botkins, Clerk
Cheyenne

|  |  |
|---|---|
| ENERGY DRILLING, LLC, a Wyoming limited liability company | |
| Plaintiff, | |
| vs. | Case No. 16-CV-40-F |
| VIRTUS OIL AND GAS CORPORATION, a Nevada Corporation, et al. | |
| Defendants. | |

**ORDER TO SHOW CAUSE**

This matter is before the Court on its own notice. Since April 29, 2016, this case has been stayed pending the disposition of Plaintiff's Chapter 11 bankruptcy case. (CM/ECF Document (Doc.) 14). On July 15, 2019, the Court issued an Order to File Status Report, requiring Plaintiff to file a report on the status of this case by July 22, 2019 and every sixty (60) days thereafter. (Doc. 34). Plaintiff filed a status report on July 22, 2019, explaining that Plaintiff's bankruptcy case was still pending. (Doc. 35). Another status report was due September 20, 2019, but Plaintiff did not file one. On October 21, 2019, the Court issued an additional order requiring the parties to file a status report by October 28, 2019. (Doc. 36). Plaintiff has not complied with this order.

Defendants' counsel filed a status report on November 5, 2019 stating in relevant part that they are unaware of the status of Plaintiff's bankruptcy case, have had no

communication with their clients for many years, and intend to seek to withdraw as counsel when the case moves forward. (Doc. 37).

IT IS ORDERED Plaintiff show cause by November 12, 2019 why this case should not be dismissed for Plaintiff's failure to comply with multiple Court orders. If the Court does not receive a response from Plaintiff by this date, the Court will automatically dismiss this case without prejudice.

Dated this __6__ day of November, 2019.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE