

**FILED**

10:19 am, 11/19/19

**Margaret Botkins
Clerk of Court**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| ENERGY DRILLING, LLC, a Wyoming Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>VIRTUS OIL AND GAS CORPORATION, a Nevada Corporation, et al.<br><br>Defendants. | Case No. 16-CV-40-F |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter is before the Court on its own notice. On November 6, 2019, the Court ordered Plaintiff to show cause why this case should not be dismissed for Plaintiff's failure to comply with multiple Court orders requiring Plaintiff to file status reports during the pendency of its bankruptcy case. (CM/ECF Document (Doc.) 38) ("Order"). In its Order, the Court advised Plaintiff that a failure to respond by November 12, 2019 would result in the Court automatically dismissing this case without prejudice. (*Id.*). Plaintiff did not respond to the Order. Having reviewed the record, and being otherwise fully advised, the Court finds this case should be dismissed for failure to prosecute.

IT IS THEREFORE ORDERED Plaintiff's claims alleged against Defendants in the above-entitled case are DISMISSED WITHOUT PREJUDICE.

Dated this __19__ day of November, 2019.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE